No. 281. COUNTY OF TUOLUMNE ET AL. v. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA ET AL. Error to the Supreme Court of the State of California. Argued March 9, 10, 1925. Decided March 16, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) section 237 of the Judicial Code, as amended by the

act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6; (2) *Schuyler National Bank* v. *Bollong,* 150 U. S. 85, 88; *Erie R. R. Co.* v. *Purdy,* 185 U. S. 148, 154; *Louisville & Nashville R. R. Co.* v. *Woodford,* 234 U. S. 46, 51. *Mr. William Grant,* for plaintiffs in error. *Mr. A. P. Cutten* and *Mr. Carl I. Wheat,* with whom *Mr. Hugh Gordon* and *Mr. Wm. B. Bosley* were on the brief, for defendants in error.